

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-20-00181-CV |
| | § | Appeal from the |
| J.A.V., | § | 65th District Court |
| | § | of El Paso County, Texas |
| A MINOR CHILD. | § | (TC# 2019DCM5797) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes that there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellants are indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH OF JANUARY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and McClure, C.J. (Senior Judge)
McClure, C.J. (Senior Judge)(Sitting by Assignment)